DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Sentinel Insurance Company, Ltd.*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| NGAN LE,<br><br>           Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD.;<br>DOES 1 THROUGH 20, DOE AGENCIES 1<br>THROUGH 20 AND ROE CORPORATIONS 1<br>THROUGH 20, INCLUSIVE,<br><br>           Defendants. | Case No.: 2:14-cv-00747-APG-CWH<br><br>**STIPULATION AND ORDER TO<br>DISMISS WITH PREJUDICE** |

Defendant SENTINEL INSURANCE COMPANY, LTD. by and through its attorneys AKERMAN LLP, and Plaintiff James Baker, by and through their attorneys THE 702 FIRM, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

. . .

{30816749;1}

1  Each party to bear its own costs and fees.

2  **IT IS SO STIPULATED.**

3  DATED this 21st day of April, 2015.

| THE 702 FIRM | AKERMAN LLP |
|---|---|
| By: /s/ _____<br>MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>400 South Seventh Street, Suite 400<br>Las Vegas, NV 89101<br>Telephone: (702) 776-3333<br>Facsimile: (702) 505-9787<br>Email: mike@the702firm.com<br><br>*Attorneys for Plaintiff Ngan Le* | By: /s/ _____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: darren.brenner@akerman.com<br>Email: william.habdas@akerman.com<br><br>*Attorneys for Sentinel Insurance Company, Ltd.* |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: April 22, 2015

{30816749;1}   2